B1 (Official Form 1)(04/13)                                                                                          LS-6117

| **United States Bankruptcy Court**<br>Eastern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hazlitt, John G.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA John Gerard Hazlitt** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8939** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**35 Plymouth Rd.**<br>**Manhasset, NY**<br><div align=right>ZIP Code<br>**11030-1551**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hazlitt, John G.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>    Signature of Attorney for Debtor(s)                (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Hazlitt, John G.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John G. Hazlitt**
Signature of Debtor  **John G. Hazlitt**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December  2, 2014**
Date

### Signature of Attorney*

X **/s/ Lance Roger Spodek**
Signature of Attorney for Debtor(s)

**Lance Roger Spodek LS-6117**
Printed Name of Attorney for Debtor(s)

**Lance Roger Spodek, P.C.**
Firm Name

**3 Columbus Circle, 15 floor**
**New York, NY 10019**

_____
Address

**Email: Lance@SpodekLaw.com**
**212-586-8606  Fax: 347-748-9679**
Telephone Number

**December  2, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Eastern District of New York**

LS-6117

In re    **John G. Hazlitt**

                                                          Case No.
                                Debtor(s)        Chapter        **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ John G. Hazlitt**
                       **John G. Hazlitt**

Date:   **December  2, 2014**

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Eastern District of New York

LS-6117

In re   **John G. Hazlitt**                                         ,
                                 Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,350.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 114,180.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 50 | | 1,918,347.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 1,720.34 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,715.00 |
| Total Number of Sheets of ALL Schedules | | 65 | | | |
| | Total Assets | | 1,350.00 | | |
| | | Total Liabilities | | 2,032,527.00 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court

### Eastern District of New York

LS-6117

In re    **John G. Hazlitt**
_____ ,
Debtor

Case No. _____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

LS-6117

In re      **John G. Hazlitt**
                                                                                                              ,      Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor believes he owns a one-third fee interest in commercial property at 725 Route 25A, Rocky Point, NY. May be an indirect ownership through creditor World of Cars Inc. and/or Paul Gribbin.** | | - | **Unknown** | **Unknown** |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

LS-6117

In re    **John G. Hazlitt**                                                                              ,    Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **cash on hand** | - | 150.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **The amount set forth for the items described at petition Schedule B(4) is the debtor's estimate of the "current market value."  Said value is understood to be the dollar amount that would be realized upon a bulk sale of all items in a single lot.** | - | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **The amount set forth for the items described at petition Schedule B(5) is the debtor's estimate of the "current market value."  Said value is understood to be the dollar amount that would be realized upon a bulk sale of all items in a single lot.** | - | 200.00 |
| 6.  Wearing apparel. | | **The debtor is in possession of only ordinary items of clothing.  No furs or designer items.  It is the contention of the debtor that these items have a -0- "current market value" as they have no actual sale value.  Nevertheless a nominal amount has been set forth.** | - | 300.00 |
| 7.  Furs and jewelry. | | **Mens watch, and minor items of nominal value jewerly.** | - | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >          1,350.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                                      ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1. 1710 Restaurant Corp. 2. Asylum Ink, Inc. 3. Asylum Studio of Daytona, LLC. 4. Asylum Studios of NY, Ltd. 5. Asylum Studios, Inc. 6. Broadway Collision & Towing, Inc. 7. DNA Automotive Corp. 8. G & H Consulting, Inc. 9. Harvey's Classic Pizza, Inc. 10. J & A Business Services, Inc. 11. JDJ Elite Motors, Inc. 12. JHMT Industries, Inc. 13. Major Coin, Inc. 14. Marmin Collision North, Inc. 15. Murray Rude Services, Inc. 16. Precision Management & Consulting, Inc. 17. Titan Management, Corp. 18. World of Cars, Inc. 19. Advanced Tow and Recovery, Inc. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >                 **0.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**
                                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,350.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

LS-6117

In re __John G. Hazlitt__ _____ ,    Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☑ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings**<br>**The amount set forth for the items described at petition Schedule B(4) is the debtor's estimate of the "current market value."  Said value is understood to be the dollar amount that would be realized upon a bulk sale of all items in a single lot.** | **11 U.S.C. § 522(d)(3)** | **500.00** | **500.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**The amount set forth for the items described at petition Schedule B(5) is the debtor's estimate of the "current market value."  Said value is understood to be the dollar amount that would be realized upon a bulk sale of all items in a single lot.** | **11 U.S.C. § 522(d)(3)** | **200.00** | **200.00** |
| **Wearing Apparel**<br>**The debtor is in possession of only ordinary items of clothing.  No furs or designer items.  It is the contention of the debtor that these items have a -0- "current market value" as they have no actual sale value.  Nevertheless a nominal amount has been set forth.** | **11 U.S.C. § 522(d)(3)** | **300.00** | **300.00** |
| **Furs and Jewelry**<br>**Mens watch, and minor items of nominal value jewerly.** | **11 U.S.C. § 522(d)(4)** | **200.00** | **200.00** |

| | Total: | **1,200.00** | **1,200.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

**LS-6117**

In re    **John G. Hazlitt**                                                                    ,    Case No. _____

                                                    **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

LS-6117

In re    **John G. Hazlitt**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>1</u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

LS-6117

In re __John G. Hazlitt_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2013** | | | | | |
| **Creditor #: 1**<br>**IRS-Special Pro SDNY**<br>**SDNY-Bankruptcy Section**<br>**290 Broaway**<br>**New York, NY 10007** | - | | **Tax obligations** | | | | **0.00** | |
| | | | | | | | **21,057.00** | **21,057.00** |
| Account No. | | | Representing: | | | | | |
| **US Dept. of Justice**<br>**PO Box 55**<br>**Ben Franklin Station**<br>**Washington, DC 20044** | | | **IRS-Special Pro SDNY** | | | | **Notice Only** | |
| Account No. | | | **2011 - 2012** | | | | | |
| **Creditor #: 2**<br>**NYS Dept Tax & Finance**<br>**Bankrupcy Section**<br>**PO Box 9300**<br>**Albany, NY 12205-0300** | - | | **Tax obligations, sales tax.** | | | X | **0.00** | |
| | | | | | | | **93,123.00** | **93,123.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | **0.00**<br>**114,180.00** | **114,180.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **0.00**<br>**114,180.00** | **114,180.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

**LS-6117**

In re    **John G. Hazlitt**                            ,    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1** 1-800 Radiator & AC 516  South 5 Ave. Mount Vernon, NY 10550 | | - | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Creditor #: 2** 150 Bruckner LLC c/o Bradford Swett Mgmt 1536 Third Ave., 3 floor New York, NY 10028-2110 | | - | Former landlord of commercial space occupied by Marmin Collision North, Inc. Debtor personally guaranteed this obligation. | | X | X | **400,000.00** |
| Account No. **Creditor #: 3** 1710 Restaurant Corp. 1710 Second Ave. New York, NY 10128 | | - | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Creditor #: 4** Aaron Auto Supply Corp 136 Peconic Ave. Medford, NY 11763 | | - | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |

| | | |
|---|---|---|
| __49__ continuation sheets attached | Subtotal (Total of this page) | **400,000.00** |

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re  **John G. Hazlitt**                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 5 Abro Mgt. Corp. 734 W. Broadway Woodmere, NY 11598** | - | | Creditor was the landlord of a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Creditor #: 6 Ace Auto Wreckers 1028 Long Island Ave. Deer Park, NY 11729** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | | X | **1,000.00** |
| Account No. **Creditor #: 7 Acura of Westchester 2165 Palmer Ave. Larchmont, NY 10538** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Creditor #: 8 Advanced Tow and Recovery 517 East 73 St. New York, NY 10021** | - | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **00MCN01** **Creditor #: 9 Albert Kemperle Inc. 1453 N. Clinton Ave. Bay Shore, NY 11706** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | | X | **8,000.00** |

Sheet no. __**1**___ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,000.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re __John G. Hazlitt_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 3717-0568878 <br><br> **Creditor #: 10** <br> **American Express** <br> **Attn: Legal Dept.** <br> **200 Vesey St.** <br> **Mail Code 01-43-03** <br> **New York, NY 10285** | - | | | Purchases and/or cash advances. <br> +a/c 3715-529501-01007 <br> +a/c 3715-529501-02005 <br> +a/c 3715-570379-31003 <br> +a/c 3715-570379-32001 | | | | **31,866.00** |
| Account No. <br><br> **Creditor #: 11** <br> **Arrow Linen Supply Co.** <br> **PO Box 159012** <br> **Brooklyn, NY 11215-9012** | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 12** <br> **Asylum Ink, Inc.** <br> **c/o James B. ~Cavole CPA** <br> **666 Merrick Rd.** <br> **Baldwin, NY 11510** | | | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 13** <br> **Asylum Studio of Daytona** <br> **c/o James B. ~Cavole CPA** <br> **666 Merrick Rd.** <br> **Baldwin, NY 11510** | | | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 14** <br> **Asylum Studio of NY, Inc.** <br> **c/o James B. ~Cavole CPA** <br> **666 Merrick Rd.** <br> **Baldwin, NY 11510** | - | | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |

Sheet no. __2___ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,866.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re __John G. Hazlitt_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | | | | |
| Creditor #: 15 Asylum Studio, Inc. c/o James B. ~Cavole CPA 666 Merrick Rd. Baldwin, NY 11510 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | | | | |
| Creditor #: 16 Autorama Enterprises Inc. 2480 Butler Pl. Bronx, NY 10461 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | | | | |
| Creditor #: 17 B'way Collision & Towing c/o James B. ~Cavole CPA 666 Merrick Rd. Baldwin, NY 11510 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | | | | |
| Creditor #: 18 B'way Towing & Recovery 517 East 73 St. New York, NY 10021 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. 6018-5900-6577-2615 | | | | Goods. | | | | |
| Creditor #: 19 Banana Republic PO Box 530942 Atlanta, GA 30353-0942 | - | | | | | | | |
| | | | | | | | | 276.00 |

Sheet no. __3___ of __49___ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)          276.00

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re   **John G. Hazlitt**                                                         ,                 Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3746-327287-50074<br><br>**Creditor #: 20**<br>**Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | - | | **2006 - 2013**<br>**Purchases and/or cash advances.** | | | | **24,000.00** |
| Account No.<br><br>**Creditor #: 21**<br>**Bank of America NA**<br>**PO Box 982235**<br>**El Paso, TX 79998** | - | | **2002 - 2005**<br>**Purchases and/or cash advances.** | | | | **30,311.00** |
| Account No.<br><br>**FIA Card Services**<br>**PO Box 15019**<br>**Wilmington, DE 19886-5019** | | | **Representing:**<br>**Bank of America NA** | | | | **Notice Only** |
| Account No.<br><br>**Professional Recovery Systems**<br>**600 17 Street**<br>**Suite 2705-S**<br>**Denver, CO 80202** | | | **Representing:**<br>**Bank of America NA** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 22**<br>**Bank of the West**<br>**475 Sansome St.**<br>**San Francisco, CA 94111** | - | | **Breach of commercial equipment lease.**<br>**Debtor personally guaranteed this obligation.** | | | | **112,346.00** |

Sheet no. __4__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**166,657.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                      ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Scott D. Chait, Esq.** <br> **Peretore & Peretore** <br> **191 Woodport Rd.** <br> **Sparta, NJ 07871** | | | **Representing:** <br> **Bank of the West** | | | | **Notice Only** |
| Account No. **23** <br><br> **Bay Ridge Nissan Inc.** <br> **740 Southern Blvd.** <br> **Brooklyn, NY 11220** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **24** <br><br> **BB Paint Distributors** <br> **740 Southern Blvd.** <br> **Bronx, NY 10455** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | | X | **Unknown** |
| Account No. **25** <br><br> **Beck Chevrolet Co. Inc.** <br> **561 Central Park Ave.** <br> **Yonkers, NY 10704** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **21-023-807-561-1** <br><br> **Creditor #: 26** <br> **Bloomingdale's** <br> **9111 Duke Boulevard** <br> **Mason, OH 45040** | - | | **2007 - 2012** <br> **Goods.** | | | | **751.00** |

Sheet no. __**5**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**751.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re   **John G. Hazlitt**                                             ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 27<br>**Creditor #: 27**<br>**BMW of Manhattan Inc.**<br>**67 Wall St.**<br>**New York, NY 10005** | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 28<br>**Creditor #: 28**<br>**BMW of Westchester**<br>**525 Tarrytown Rd.**<br>**White Plains, NY 10607** | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 29<br>**Creditor #: 29**<br>**BQ Wide Auto Parts Supply**<br>**109-35  178 St.**<br>**Hollis, NY 11423** | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 30<br>**Creditor #: 30**<br>**Bradford N. Swett Mgt.**<br>**1536 Third Ave., 3 floor**<br>**New York, NY 10028** | - | | | Former landlord of commercial space occupied by Marmin Collision North, Inc. Debtor personally guaranteed this obligation. | X | X | X | Unknown |
| Account No. 31<br>**Creditor #: 31**<br>**Broadfeet Motorsports**<br>**7225 Queens Blvd.**<br>**Woodside, NY 11377** | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |

Sheet no. __**6**___ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                      ,        Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 32** **Bronx Maven Corp.** **1732 Webster Ave.** **Bronx, NY 10457** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Hansel Tire** **1732 Webster Ave.** **Bronx, NY 10457** | | | Representing: Bronx Maven Corp. | | | | **Notice Only** |
| Account No. **Creditor #: 33** **Bronx Overall Dev. Corp.** **c/o Underweiser** **One Water St., 3 floor** **White Plains, NY 10601** | - | | Economic development loan made to Marmin Collision North, Inc. Debtor personally guaranteed this obligation. | | | | **248,824.00** |
| Account No. **4791-2423-1966-6999** **Creditor #: 34** **Capital One** **PO Box 85015** **Richmond, VA 23285** | - | | 2001 - 2014 Purchases and/or cash advances. + a/c 403-7224-4057-7537 + a/c 4802-1371-0017-3170 | | | | **6,296.00** |
| Account No. **Cohen & Slamowitz LLP** **199 Crossways Park Dr.** **Woodbury, NY 11797** | | | Representing: Capital One | | | | **Notice Only** |

Sheet no. __**7**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**255,120.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cohen & Slamowitz, LLP**<br>**PO Box 9004**<br>**Woodbury, NY 11797-9004** | | | **Representing:**<br>**Capital One** | | | | **Notice Only** |
| Account No.<br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | **Representing:**<br>**Capital One** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 35**<br>**Capital One**<br>**PO Box 85520**<br>**Richmond, VA 23285** | - | | **2003 - 2014**<br>**Purchases and/or cash advances.** | | | | **5,227.00** |
| Account No.<br><br>**Capital One**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | | **Representing:**<br>**Capital One** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 36**<br>**Caponigro Const. Co.**<br>**159 Burrill St.**<br>**Swampscott, MA 01907** | - | | **Business premises construction project.**<br>**Debtor personally guaranteed this obligation.**<br>**Debtor believes this obligation was previously paid.** | | | X | **12,000.00** |

Sheet no. __8__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,227.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mario C. Capano, Esq.**<br>**Capano & DeJoie**<br>**101 N. Common St.**<br>**Lynn, MA 01902** | | | Representing:<br>**Caponigro Const. Co.** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 37**<br>**Carino on Second, Inc.**<br>**1710 Second Ave.**<br>**New York, NY 10128** | - | | Purchaser of business assets from 1710 Restaurant Corp. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br><br>**Creditor #: 38**<br>**James B. Cavole CPA**<br>**666 Merrick Rd.**<br>**Baldwin, NY 11510** | - | | Accounting fees for services to various corporate entities in which debtor had/has an equity interest. | | X | X | **Unknown** |
| Account No.<br><br>**Creditor #: 39**<br>**CCC information Services**<br>**222 Merch. Mart, # 900**<br>**Chicago, IL 60654-1005** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br><br>**Creditor #: 40**<br>**Centerline Spray Booths**<br>**195 C  Sunrise Highway**<br>**Amityville, NY 11701** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | | X | **3,000.00** |

Sheet no. __**9**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,000.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**
                                                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 41**<br>**Central Ave. Chrysler**<br>**1839 Central Park Ave.**<br>**Yonkers, NY 10710** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br><br>**Creditor #: 42**<br>**Marco Ceritelli**<br>**17 Richard Place**<br>**Eastchester, NY 10709** | - | | Creditor was a former manager of a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br><br>**Creditor #: 43**<br>**Certified Auto Parts**<br>**2250 Light St.**<br>**Bronx, NY 10466** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br><br>**Creditor #: 44**<br>**Citi Cards**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | - | | 2006 - 2014<br>Purchases and/or cash advances. | | | | **4,627.00** |
| Account No.<br><br>**Citibank/CCSI**<br>**Bankruptcy Dept.**<br>**PO Box 20487**<br>**Kansas City, MO 64195-9904** | | | Representing:<br>Citi Cards | | | | **Notice Only** |

Sheet no. __**10**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,627.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re  **John G. Hazlitt**                                                      ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5424-1806-0355-6355** | | | purchasers and/or cash advances. | | | | |
| **Creditor #: 45**<br>**Citibank**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | - | | | | | | **7,885.00** |
| Account No. | | | | | | | |
| **ARS National Services**<br>**PO Box 463023**<br>**Escondido, CA 92046-3023** | | | Representing:<br>Citibank | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Citibank**<br>**PO Box 6004**<br>**Sioux Falls, SD 57117-6004** | | | Representing:<br>Citibank | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Citibank/CCSI**<br>**Bankruptcy Dept.**<br>**PO Box 20487**<br>**Kansas City, MO 64195-9904** | | | Representing:<br>Citibank | | | | **Notice Only** |
| Account No. | | | Former business associate. Creditor is scheduled to terminate any potential liability. | | | | |
| **Creditor #: 46**<br>**Gregory Clark**<br>**112 Pinesage Dr.**<br>**West End, NC 27376** | - | | | X | X | X | **Unknown** |

Sheet no. __11__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,885.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                      ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | |
| Creditor #: 47 Classic Audi 655 N. Mac Questen Pkwy Mount Vernon, NY 10552 | | | | | | | | Unknown |
| Account No. | | - | | Possible subrogation. Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | |
| Creditor #: 48 CNA Insurance PO Box 382033 Pittsburgh, PA 15250-8033 | | | | | | | | Unknown |
| Account No. 4675-4600-0008-6266 | | - | | purchasers and/or cash advances. | | | | |
| Creditor #: 49 Commerce Bank, N.A. 1701 Route 70 East Cherry Hill, NJ 08034 | | | | | | | | 640.00 |
| Account No. | | - | | Representing: Commerce Bank, N.A. | | | | |
| Commerce Bank PO Box 5487 Mount Laurel, NJ 08054-5487 | | | | | | | | Notice Only |
| Account No. | | - | | Former business associate. Creditor is scheduled to terminate any potential liability. | X | | | |
| Creditor #: 50 Nicholas Cosmo 30-40 Bailting Place Rd. Farmingdale, NY 11735 | | | | | | | | Unknown |

Sheet no. __12__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 640.00 |

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 51**<br>**CrossCheck Inc.**<br>**1440 N. McDowell Blvd.**<br>**Petaluma, CA 94954** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **6879-4502-0401-5524-832**<br><br>**Creditor #: 52**<br>**Dell Financial Services**<br>**PO Box 80409**<br>**Austin, TX 78708-0409** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br><br>**Dell Financial Services**<br>**Payment Processing Center**<br>**PO Box 6403**<br>**Carol Stream, IL 60197-6403** | | | **Representing:**<br>**Dell Financial Services** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 53**<br>**Dent Express**<br>**112 Pinesage Dr.**<br>**West End, NC 27376** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br><br>**Creditor #: 54**<br>**DNA Automotive Corp.**<br>**517 East 73 St.**<br>**New York, NY 10021** | - | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |

Sheet no. __**13**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt** ,                                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gary S. Gartenberg** <br> **517 East 73 St.** <br> **New York, NY 10021** | | | **Representing:** <br> **DNA Automotive Corp.** | | | | **Notice Only** |
| Account No. <br><br> **Gary S. Gartenberg** <br> **400 East 84 St.** <br> **New York, NY 10028** | | | **Representing:** <br> **DNA Automotive Corp.** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 55** <br> **East Coast Recycling** <br> **290 Crum Elbow Rd.** <br> **Hyde Park, NY 12538** | - | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br> **Creditor #: 56** <br> **Elite Rim Repair LLC** <br> **30 West Ames Court** <br> **Plainview, NY 11803** | - | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br> **Creditor #: 57** <br> **ELRAC LLC** <br> **1550 Route 23** <br> **Wayne, NJ 07470-7516** | - | | **Rented car, short term, lease, claim of damage upon return of vehicle.** | | | | **855.00** |

Sheet no. __14__ of __49__ sheets attached to Schedule of          Subtotal          **855.00**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re   **John G. Hazlitt**                                   ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **L0000348**<br><br>**Creditor #: 58**<br>**Empire Auto Parts**<br>**15 Jackson Road**<br>**Totowa, NJ 07512** | - | | **August 2012**<br>**Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | | | | **561.00** |
| Account No.<br><br>**Nudelman, Klemm & Golub**<br>**425 Eagle Rock Ave., Suite 403**<br>**Roseland, NJ 07068** | | | **Representing:**<br>**Empire Auto Parts** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 59**<br>**Equifax**<br>**PO Box 740241**<br>**Atlanta, GA 30374** | - | | **Credit reporting agency. Scheduled for notice purposes only.** | | | | **0.00** |
| Account No.<br><br>**Creditor #: 60**<br>**Ervin Leasing Company**<br>**3893 Research Park Dr.**<br>**Ann Arbor, MI 48108** | - | | **Creditor was an equipment leasor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **80,000.00** |
| Account No.<br><br>**Gottlieb Ostrager Esqs.**<br>**45 Knollwood Rd.**<br>**Suite 201**<br>**Elmsford, NY 10523** | | | **Representing:**<br>**Ervin Leasing Company** | | | | **Notice Only** |

Sheet no. __**15**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **80,561.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                    ,        Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mark R. Daane, Esq.** **Hooper, Hathaway PC** **126 South Main St.** **Ann Arbor, MI 48104** | | | Representing: **Ervin Leasing Company** | | | | **Notice Only** |
| Account No. 61 | | | Credit reporting agency. Scheduled for notice purposes only. | | | | |
| **Creditor #: 61** **Experian** **955 American Lane** **Schaumburg, IL 60173** | | - | | | | | **0.00** |
| Account No. 62 | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | | |
| **Creditor #: 62** **Faropian Spirits Ltd.** **98 Kean St.** **West Babylon, NY 11704** | | - | | X | X | X | **Unknown** |
| Account No. 63 | | | Purchases and/or cash advances. May be same creditor as HSBC. | | | | |
| **Creditor #: 63** **FIA Card Services** **PO Box 15019** **Wilmington, DE 19886-5019** | | - | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **HSBC Bank, USA** **Legal Dept.** **One HSBC Center - 9 Fl.** **Buffalo, NY 14203** | | | Representing: **FIA Card Services** | | | | **Notice Only** |

Sheet no. __16__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                      , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W J C | | | | | |
| Account No. **64** | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | | |
| Creditor #: 64 Fiat of Manhattan 711  11 Ave. New York, NY 10019 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. **65** | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | | |
| Creditor #: 65 Finish Master Auto Paint 700 Giarfied Ave. Jersey City, NJ 07305 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. **66** | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | | |
| Creditor #: 66 Flushing Auto Salvage 126-36  34 Ave. Corona, NY 11368 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. **67** | | | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | | | | |
| Creditor #: 67 G&H Consulting, Inc. 517 East 73 St. New York, NY 10021 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. **68** | | | | Former business associate and equity "partner". Creditor is scheduled to terminate any potential liability. | | | | |
| Creditor #: 68 Gary S. Gartenberg 400 East 84 St. New York, NY 10028 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __17__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                                                     Case No. _____
                                                              ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gary Gartenberg** <br> **517 East 73 St.** <br> **New York, NY 10021** | | | | **Representing:** <br> **Gary S. Gartenberg** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 69** <br> **GC Services** <br> **Limited Partnership** <br> **PO Box 47500** <br> **Jacksonville, FL 32247** | - | | | **Collector for HSBC** | | | | **4,221.00** |
| Account No. <br><br> **Creditor #: 70** <br> **Glen Cove Auto Salvage** <br> **232 Glen Cove Ave.** <br> **Glen Cove, NY 11542** | - | | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 71** <br> **Paul Gribbin** <br> **725 Route 25A** <br> **Rocky Point, NY 11778** | - | | | **Former business associate and equity "partner". Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 72** <br> **Haug Realty** <br> **504 East 74 St.** <br> **Suite 400** <br> **New York, NY 10021** | - | | | **Former landlord of commercial space. Debtor personally guaranteed this obligation.** | | | | **Unknown** |

Sheet no. __18__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,221.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                              ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                  73 | | | | Various personal loans.  Amount of debt owed is approximate. | | | | |
| **Creditor #: 73**<br>**Arthur V. Hazlitt**<br>**35 Plymouth Rd.**<br>**Manhasset, NY 11030** | - | | | | | | | |
| | | | | | | | | **25,000.00** |
| Account No.                                                  74 | | | | Various personal loans.  Amount of debt owed is approximate. | | | | |
| **Creditor #: 74**<br>**Jackie Hazlitt**<br>**4325 Douglaston Pkwy**<br>**Little Neck, NY 11363** | - | | | | | | | |
| | | | | | | | | **35,000.00** |
| Account No.                                                  75 | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | |
| **Creditor #: 75**<br>**Hilltop Auto Salvage Inc.**<br>**4157 Boston Rd.**<br>**Bronx, NY 10466** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No.   **5407-9150-8760-6296** | | | | Purchases and/or cash advances, + a/c 5407-9170-0854-4291 | | | | |
| **Creditor #: 76**<br>**HSBC Bank, USA**<br>**Legal Dept.**<br>**One HSBC Center - 9 Fl.**<br>**Buffalo, NY 14203** | - | | | | | | | |
| | | | | | | | | **4,221.00** |
| Account No. | | | | Representing: HSBC Bank, USA | | | | |
| **Best Buy**<br>**PO Box 15521**<br>**Wilmington, DE 19850-5521** | | | | | | | | **Notice Only** |

Sheet no. __**19**__ of __**49**__ sheets attached to Schedule of                                          Subtotal                    **64,221.00**
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                         ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **GC Services** <br> **PO Box 46960** <br> **Saint Louis, MO 63146** | | | **Representing:** <br> **HSBC Bank, USA** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 77** <br> **Hunts Point Svc Station** <br> **565 Hunts Point Ave.** <br> **Bronx, NY 10474** | | - | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 78** <br> **Isabella City Carting** <br> **1564 Haight Ave.** <br> **Bronx, NY 10461** | | - | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 79** <br> **J & A Business Services** <br> **c/o James B. ~Cavole CPA** <br> **666 Merrick Rd.** <br> **Baldwin, NY 11510** | | - | **Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 80** <br> **J & V Auto Inc.** <br> **519 East 83 St.** <br> **Brooklyn, NY 11236** | | - | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |

Sheet no. __20__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br>**Creditor #: 81**<br>**JDJ Elite Motors, Inc.**<br>**c/o James B. ~Cavole CPA**<br>**666 Merrick Rd.**<br>**Baldwin, NY 11510** | - | | | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br>**Creditor #: 82**<br>**JHMT Industries, Inc.**<br>**c/o James B. ~Cavole CPA**<br>**666 Merrick Rd.**<br>**Baldwin, NY 11510** | - | | | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br>**Creditor #: 83**<br>**Joe's Fish Market**<br>**60-94  67 Ave.**<br>**Ridgewood, NY 11385** | - | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br>**Creditor #: 84**<br>**John J.Curley, LLC**<br>**Harborside Financial Ctr**<br>**1202 Plaza Ten**<br>**Jersey City, NJ 07311** | - | | | | Legal fees for services to various  corporate entities in which debtor had/has an equity interest. | | X | X | **8,000.00** |
| Account No. 4185-8680-0067-2104<br>**Creditor #: 85**<br>**JP Morgan Chase Bank NA**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | - | | | | 1999 - 2013<br>Purchases and/or cash advances.<br>+ a/c 5473-1580-0002-9135<br>[formerly Washington Mutual]. | | | | **9,314.00** |

Sheet no. __**21**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **17,314.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re __John G. Hazlitt_____,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Buonamici, Laraus** <br>**222 Bloomingdale Rd.** <br>**Suite 301** <br>**White Plains, NY 10605** | | | Representing: <br>**JP Morgan Chase Bank NA** | | | | **Notice Only** |
| Account No. <br><br>**Chase** <br>**50 S. Main St., 9 floor** <br>**Akron, OH 44308** | | | Representing: <br>**JP Morgan Chase Bank NA** | | | | **Notice Only** |
| Account No. <br><br>**JPMorgan Chase** <br>**Legal Department** <br>**1985 Marcus Ave.** <br>**New Hyde Park, NY 11042-1081** | | | Representing: <br>**JP Morgan Chase Bank NA** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 86** <br>**Kent Automotive** <br>**1666 East Touhy Ave.** <br>**Des Plaines, IL 60018** | - | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br><br>**Creditor #: 87** <br>**Keystone** <br>**55 Shepards La.** <br>**Totowa, NJ 07512** | - | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |

Sheet no. __22__ of __49__ sheets attached to Schedule of                             Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)                  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creditor #: 88** <br> **Kings Automotive Group** <br> **2875 Coney Island Ave.** <br> **Brooklyn, NY 11235** | - | | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 89** <br> **Kings Infinity Inc.** <br> **2875 Coney Island Ave.** <br> **Brooklyn, NY 11225** | - | | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 90** <br> **Koeppel** <br> **PO Box 770308** <br> **32-50  57 St.** <br> **Woodside, NY 11377** | - | | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br><br> **Creditor #: 91** <br> **KSI Trading Corp.** <br> **109-35  178 St.** <br> **Hollis, NY 11423** | - | | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. <br><br> **Wide Body Auto Parts Supply** <br> **109-35  178 St.** <br> **Jamaica, NY 11433** | | | | **Representing:** <br> **KSI Trading Corp.** | | | | **Notice Only** |

Sheet no. __**23**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re __John G. Hazlitt_____,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Creditor #: 92 Jeffrey Layton 18 Southern Lane Manhasset, NY 11030-1551** | - | | | Creditor was a former manager of a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Jeff Layton 243 East 94 St. New York, NY 10128** | | | | Representing: Jeffrey Layton | | | | **Notice Only** |
| Account No. **Jeffrey Layton 18 Southern Lane Warwick, NY 10990** | | | | Representing: Jeffrey Layton | | | | **Notice Only** |
| Account No. 4667683-L2 **Creditor #: 93 Lexus of Mt. Kisco 275 Kisco Avenue PO Box 6008 Mount Kisco, NY 10549** | - | | | July 2012 Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | | X | **1,273.00** |
| Account No. **Crosscheck, Inc. PO Box 6008 Petaluma, CA 94955-6008** | | | | Representing: Lexus of Mt. Kisco | | | | **Notice Only** |

Sheet no. __24__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,273.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re   **John G. Hazlitt**                                                    ,          Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 94 | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | |
| Creditor #: 94 Liberty Chevrolet Inc. dba Bronx Honda 1133 Zerega Ave. Bronx, NY 10461 | - | | | | | | | Unknown |
| Account No. 95 | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | |
| Creditor #: 95 Life Quality BMW 9326  Fourth Ave. Brooklyn, NY 11209 | - | | | | | | | Unknown |
| Account No. 96 | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | |
| Creditor #: 96 Liverpool Carting 5 Bruckner Blvd. Bronx, NY 10454 | - | | | | | | | Unknown |
| Account No. 97 | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | |
| Creditor #: 97 LKQ Hunts Point 1480 Sheridan Expressway Bronx, NY 10459 | - | | | | | | | Unknown |
| Account No. 98 | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | |
| Creditor #: 98 Long Island City Hyundai Long Island City Mitsubishi 34-54  44 St. Long Island City, NY 11101 | - | | | | | | | Unknown |

Sheet no. __25__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re  **John G. Hazlitt**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br>**Creditor #: 99**<br>**Harvey Luckman**<br>**517 East 73 St.**<br>**New York, NY 10021** | - | | | | Former business associate. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br>**Harvey Luckman**<br>**750 Kappock St.**<br>**Bronx, NY 10463** | | | | | Representing:<br>Harvey Luckman | | | | **Notice Only** |
| Account No.<br>**Creditor #: 100**<br>**Randy Luckman**<br>**517 East 73 St.**<br>**New York, NY 10021** | - | | | | Former business associate. Creditor is scheduled to terminate any potential liability | X | X | X | **Unknown** |
| Account No.<br>**Randy Luckman**<br>**750 Kappock St.**<br>**Bronx, NY 10463** | | | | | Representing:<br>Randy Luckman | | | | **Notice Only** |
| Account No.<br>**Creditor #: 101**<br>**Luxury Cars Westchester**<br>**275 Kisco Ave.**<br>**Mount Kisco, NY 10549** | - | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |

Sheet no. __26__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                                          ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.    102 **Creditor #: 102 LVNV Funding LLC PO Box 10497 Greenville, SC 29603** | - | | | **2012 - 2014 Appears on credit report. May be a collection agency/purchaser for HSBC Bank Nevada .** | | | X | **4,386.00** |
| Account No.    103 **Creditor #: 103 Major Coin, Inc. c/o James B. ~Cavole CPA 666 Merrick Rd. Baldwin, NY 11510** | - | | | **Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No.    104 **Creditor #: 104 Manhattan Automobile Co. 787 11 Ave. New York, NY 10019** | - | | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No.    105 **Creditor #: 105 Richard Marks 18-15  215 St. Bayside, NY 11360** | - | | | **Former business associate. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No.    106 **Creditor #: 106 Marmin Collision North 150 Bruckner Blvd. Bronx, NY 10454** | - | | | **Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |

Sheet no. __27__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,386.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gary S. Gartenberg <br>400 East 84 St. <br>New York, NY 10028** | | | Representing: <br>**Marmin Collision North** | | | | **Notice Only** |
| Account No. <br><br> **Gary S. Gartenberg <br>517 East 73 St. <br>New York, NY 10021** | | | Representing: <br>**Marmin Collision North** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 107 <br>Wayne Mazda <br>1244 Route 23 N <br>Wayne, NJ 07470** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | | X | **800.00** |
| Account No. <br> **Creditor #: 108 <br>McCoy Tops & Interiors <br>69-14  49 Ave. <br>Woodside, NY 11377** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. <br> **Creditor #: 109 <br>Mercedes-Benz Manhattan <br>770  11 Ave. <br>New York, NY 10019** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |

Sheet no. __28__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**800.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.      Creditor #: 110<br>**Metropolis Group Inc.**<br>**22 Courtland St. 10 floor**<br>**New York, NY 10007** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No.      Creditor #: 111<br>**Mid Island Auto Wreckers**<br>**1013 Long Island Ave.**<br>**Deer Park, NY 11729** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No.      Creditor #: 112<br>**Midland Funding**<br>**8875 Aero Dr.**<br>**Suite 200**<br>**San Diego, CA 92123** | - | | Appears on credit report. May be a collection agency/purchasrer for Chase Bank USA NA . | | | X | 7,586.00 |
| Account No.      Creditor #: 113<br>**Mitchell International**<br>**6220 Greenwich Dr.**<br>**San Diego, CA 92122** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No.      Creditor #: 114<br>**James P. Murphy, DDS**<br>**44 East 67 St.**<br>**New York, NY 10065** | - | | Dental services. | | | | 1,200.00 |

Sheet no. __29__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,786.00

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                    ,        Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 115<br>**Creditor #: 115**<br>**Murray Rude Svcs, Inc.**<br>**63-09  108 St.**<br>**Apt. 6L**<br>**Forest Hills, NY 11375-1320** | - | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No.<br>**Fox & Lefkowits Esqs.**<br>**666 Old Country Rd**<br>**Garden City, NY 11530** | | | Representing:<br>Murray Rude Svcs, Inc. | | | | **Notice Only** |
| Account No. 99767298<br>**Creditor #: 116**<br>**NCS Plus Inc.**<br>**117 East 24 St.**<br>**5 floor**<br>**New York, NY 10010** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | | | X | **1,999.00** |
| Account No.<br>**Creditor #: 117**<br>**New Crem Flora, Inc.**<br>**5437 S.W. 1 Lane**<br>**Ocala, FL 34474** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Debtor personally guaranteed this obligation. | | | X | **3,728.00** |
| Account No.<br>**Heitner & Breitstein**<br>**26 Court St.**<br>**Brooklyn, NY 11242** | | | Representing:<br>New Crem Flora, Inc. | | | | **Notice Only** |

Sheet no. __30__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,727.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 118 **Creditor #: 118 Northern Leasing System PO Box 1027 Sioux Falls, SD 57101-1027** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Creditor #: 119 Northside Imports Inc. 835 New Durham Rd. Edison, NJ 08817** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. 000414167344 **Creditor #: 120 NY Presbyterian 525 East 68 St. New York, NY 10065** | - | | Medical services. | | | | **5,000.00** |
| Account No. 1041115 **Creditor #: 121 NYU Langone Medical Ctr 240 East 18 St. New York, NY 10003-3605** | - | | Medical services. | | | | **Unknown** |
| Account No. **NYU Langone Medical Center PO Box 415662 Boston, MA 02241** | | | Representing: NYU Langone Medical Ctr | | | | **Notice Only** |

Sheet no. __31__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,000.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **122** Orchard Bank Bankcard Services PO Box 17051 Baltimore, MD 21297-1051 | - | | | Purchases and/or cash advances. Appears on credit report without balance. | X | X | X | **Unknown** |
| Account No. **123** P.D.Q. Supply Co. 13 Hicks St. Lindenhurst, NY 11757 | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **124** Palisades Volvo 55 Route 303 West Nyack, NY 10994 | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **125** Parts Are Us 1937 Flushing Ave. Ridgewood, NY 11385 | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **126** Parts Channel Inc. 1745 Bathgate Ave. Bronx, NY 10457 | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |

Sheet no. __32__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re     **John G. Hazlitt**                                              ,      Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 127 **Creditor #: 127 Phoenix Foreign & Am. 7 McAdam St. Bay Shore, NY 11706** | - | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. **Quality Used Auto Parts 7 McAdam St Bay Shore, NY 11706** | | | | | Representing: Phoenix Foreign & Am. | | | | Notice Only |
| Account No. 128 **Creditor #: 128 Portfolio Recovery Assoc. 120 Corporate Blvd. Suite 1 Norfolk, VA 23502** | - | | | | 2013 - 2014 Appears on credit report. May be a collection agency/purchaser for HSBC Nevada. | | | X | 762.00 |
| Account No. 129 **Creditor #: 129 Potamkin Hyundai Potamkin Mitsubishi 2495  Second Ave. New York, NY 10035** | - | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 130 **Creditor #: 130 Danny Powers 2480 Butler Pl. Bronx, NY 10461** | - | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |

Sheet no. __33__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

762.00

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                                                        ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 131** **Precision Mgt & Consult.** **c/o James B. ~Cavole CPA** **666 Merrick Rd.** **Baldwin, NY 11510** | - | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Gary S. Gartenberg** **400 East 84 St.** **New York, NY 10028** | | | Representing: **Precision Mgt & Consult.** | | | | **Notice Only** |
| Account No. **Gary S. Gartenberg** **517 East 73 St.** **New York, NY 10021** | | | Representing: **Precision Mgt & Consult.** | | | | **Notice Only** |
| Account No. **Creditor #: 132** **Prestige BMW** **985 State Rt 17** **Ramsey, NJ 07446** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | | | | **4,829.00** |
| Account No. **Cyruli Shanks Hart Zizmor** **420 Lexington Ave.** **New York, NY 10170** | | | Representing: **Prestige BMW** | | | | **Notice Only** |

Sheet no. __**34**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,829.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re   **John G. Hazlitt**                                            ,          Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 133<br>**Creditor #: 133**<br>**Prestige Motor Works Inc.**<br>**985 Route 17 South**<br>**Ramsey, NJ 07466** | - | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | | X | **4,829.00** |
| Account No.<br>**Cyruli Shanks Hart Zizmor**<br>**420 Lexington Ave.**<br>**New York, NY 10170** | | | **Representing:**<br>**Prestige Motor Works Inc.** | | | | **Notice Only** |
| Account No.<br>**Prestige Motor Werks Inc.**<br>**985 Route 17 South**<br>**Ramsey, NJ 07466** | | | **Representing:**<br>**Prestige Motor Works Inc.** | | | | **Notice Only** |
| Account No.<br>**Russell Shanks, Esq.**<br>**Cyruli Shanks Hart Zizmor**<br>**420 Lexington Ave.**<br>**New York, NY 10170** | | | **Representing:**<br>**Prestige Motor Works Inc.** | | | | **Notice Only** |
| Account No. 01-0012-92480<br>**Creditor #: 134**<br>**Progressive Insurance Co.**<br>**PO Box 55156**<br>**Boston, MA 02205-5156** | - | | **July 2011**<br>**Subrogation claim,  Re an insurance claim for a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability.** | | | X | **2,720.00** |

Sheet no. __35__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,549.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Credit Coll. Services** <br>**Two Wells Ave.** <br>**Newton Center, MA 02459** | | | Representing: <br>**Progressive Insurance Co.** | | | | **Notice Only** |
| Account No. <br><br>**Progressive Insurance** <br>**Subrogation Proc. Center** <br>**24344 Network Place** <br>**Chicago, IL 60673-1234** | | | Representing: <br>**Progressive Insurance Co.** | | | | **Notice Only** |
| Account No. <br>**Creditor #: 135** <br>**Randall Paint & Supplies** <br>**1290 Randall Ave.** <br>**Bronx, NY 10474** | - | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability.** | X | X | X | **Unknown** |
| Account No. **tenant no. 0115657** <br>**Creditor #: 136** <br>**Related Mgmt Co. LP** <br>**60 Columbus Circle** <br>**New York, NY 10023** | - | | **Residential lease obligation.** <br>**File no.  1775-0022** | | | | **19,736.00** |
| Account No. **1775-0022** <br><br>**BGL Credit Ltd** <br>**PO Box 228** <br>**Woodmere, NY 11598** | | | Representing: <br>**Related Mgmt Co. LP** | | | | **Notice Only** |

Sheet no. __**36**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,736.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re     **John G. Hazlitt**                                                      ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Maidenbaum & Associates One Broadcast Plaza Suite 218 Merrick, NY 11566** | | | Representing: **Related Mgmt Co. LP** | | | | **Notice Only** |
| Account No. **Related 96 St. Assoc. 423 West 55 St., 9 floor New York, NY 10019** | | | Representing: **Related Mgmt Co. LP** | | | | **Notice Only** |
| Account No. **Creditor #: 137 Gino L. Roselli Snap on Tools 16 Old Indian Head Rd. Commack, NY 11725** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Creditor #: 138 Murray Rude 63-09  108 St. Apt. 6L Forest Hills, NY 11375-1320** | - | | Former business associate. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Fox & Lefkowits Esqs. 666 Old Country Rd Garden City, NY 11530** | | | Representing: **Murray Rude** | | | | **Notice Only** |

Sheet no. __**37**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                              ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wolf Haldenstein Adler** <br> **270 Madison Ave.** <br> **New York, NY 10016** | | | **Representing:** <br> **Murray Rude** | | | | **Notice Only** |
| Account No. **139** <br><br> **Sambucci Bros. of LI** <br> **One South Denton Ave.** <br> **Garden City Park, NY 11040** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **140** <br><br> **Saw Mill Auto Wreckers** <br> **12 Worth St.** <br> **Yonkers, NY 10701** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **141** <br><br> **Second Avenue LLC** <br> **1536 Third Avenue** <br> **Third Floor** <br> **New York, NY 10028** | - | | **April 22, 2010** <br> **Former landlord of commercial space occupied by Marmin Collision North, Inc. Debtor personally guaranteed this obligation. Related to Sch. F creditor no. 1.** <br>    **Subject to setoff.** | | | X | **400,000.00** |
| Account No. <br><br> **Breier, Deutschmeister** <br> **21 West 38 St.** <br> **8 floor** <br> **New York, NY 10018** | | | **Representing:** <br> **Second Avenue LLC** | | | | **Notice Only** |

Sheet no. __38__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**400,000.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re   **John G. Hazlitt**                                                  ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 142 **Second Avenue Realty LLC** 734 W. Broadway Woodmere, NY 11598 | - | | Creditor was the landlord of a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 143 **Security Dodge Chrysler** 16 Sprague Ave. Amityville, NY 11701 | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 144 **Sign Expo Tribeca** 127  West 26 St. New York, NY 10001 | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 145 **Silver Star Motors** 36-11 Northern Blvd. Long Island City, NY 11101 | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 146 **Single Source** 601 W. Crossville Rd. Roswell, GA 30075 | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | X | 265,000.00 |

Sheet no. __39__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

265,000.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                          ,    Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 147 **Creditor #: 147 Single Sourse 601 W. Crossville Rd. Roswell, GA 30075** | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 148 **Creditor #: 148 Smith Cairns Ford Mazda 900 Central Park Ave. Yonkers, NY 10704** | - | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 149 **Creditor #: 149 Cassius Smith 175 East 96 St. New York, NY 10128-6200** | - | | | Former business associate. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 150 **Creditor #: 150 Goordat Somdat 517 East 73 St. New York, NY 10021** | - | | | Former business associate. Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 151 **Creditor #: 151 Spectrotel PO Box 339 Neptune, NJ 07754** | - | | | Telephone. | X | | | Unknown |

Sheet no. __40__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re   **John G. Hazlitt**                                             ,       Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 866255170 <br><br> **Creditor #: 152** <br> **Sprint** <br> **PO Box 8077** <br> **London, KY 40742** | - | | **Telephone.** | | | | **Unknown** |
| Account No. <br><br> **Sprint** <br> **Customer Service** <br> **PO Box 152046** <br> **Irving, TX 75015** | | | **Representing:** <br> **Sprint** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 153** <br> **St. Ann's Auto Corp.** <br> **2195 New England Thruway** <br> **Bronx, NY 10475** | - | | **Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability.** | X | X | X | **9,500.00** |
| Account No. 0002240097 <br><br> **Creditor #: 154** <br> **St. Francis Hospital** <br> **100 Port Washington Blvd.** <br> **Roslyn, NY 11576-1348** | - | | **Medical services.** | | | | **4,000.00** |
| Account No. <br><br> **St. Francis Hospital** <br> **PO Box 114031** <br> **Oaks, PA 19456** | | | **Representing:** <br> **St. Francis Hospital** | | | | **Notice Only** |

Sheet no. __41__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,500.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 155**<br>**T-Mobile**<br>**PO Box 790047**<br>**Saint Louis, MO 63179-0047** | - | | | **Cell phone service** | | X | | **Unknown** |
| Account No.<br><br>**T-Mobile**<br>**12920 SE 38 St.**<br>**Bellevue, WA 98006** | | | | **Representing:**<br>**T-Mobile** | | | | **Notice Only** |
| Account No.<br><br>**T-Mobile, Bankruptcy**<br>**PO Box 37380**<br>**Albuquerque, NM 87176** | | | | **Representing:**<br>**T-Mobile** | | | | **Notice Only** |
| Account No. **4675-4683-4260-5859**<br>**Creditor #: 156**<br>**TD Bank**<br>**70 Gary Rd.**<br>**Falmouth, ME 04105** | - | | | **2005 - 2014**<br>**Purchases and/or cash advances,** | | | | **1,032.00** |
| Account No.<br><br>**TD Bank**<br>**Route 70**<br>**Marlton, NJ 08053** | | | | **Representing:**<br>**TD Bank** | | | | **Notice Only** |

Sheet no. __**42**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,032.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Representing: | | | | |
| **TD Bank** **PO Box 5094** **Mount Laurel, NJ 08054** | | | | | **TD Bank** | | | | **Notice Only** |
| Account No. | | | | | Medical services. | | | | |
| **Creditor #: 157** **Dr. Nirmal Tejwani** **240 East 18 St.** **New York, NY 10003** | | - | | | | | | | **3,400.00** |
| Account No. | | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | | | | |
| **Creditor #: 158** **Tele-Dynamics LLC** **c/o Paul Hooten, Esq.** **5505 Nesconset Highway** **Mount Sinai, NY 11766** | | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | Representing: | | | | |
| **Paul Hooten, Esq.** **5505 Nesconset Highway** **Suite 203** **Mount Sinai, NY 11766** | | | | | **Tele-Dynamics LLC** | | | | **Notice Only** |
| Account No. | | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | | | | |
| **Creditor #: 159** **Tenafly Automall** **95 County Rd.** **Tenafly, NJ 07670** | | - | | | | X | X | X | **Unknown** |

Sheet no. __**43**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,400.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 160 | | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | | |
| **Terranova Bakery** **691 East 187 St.** **Bronx, NY 10458** | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. 161 | | | | Former business associate. Creditor is scheduled to terminate any potential liability. | | | | |
| **Mica Tisch** **232 East 84 St.** **New York, NY 10028** | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. 162 | | | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability. See, Sch. A and creditor World of Cars, Inc. | | | | |
| **Titan Management, Corp.** **725 Route 25A** **Rocky Point, NY 11778** | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. 163 | | | | Credit reporting agency. Scheduled for notice purposes only. | | | | |
| **TransUnion** **PO Box 2000** **Crum Lynne, PA 19022** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Representing: TransUnion | | | | |
| **Transunion** **PO Box 2000** **Chester, PA 19022** | | | | | | | | **Notice Only** |

Sheet no. __44__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re   **John G. Hazlitt**                                             ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **policy 0737P093CUP** | | | Creditor provided insurance coverage to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | | |
| **Creditor #: 164**<br>**Travelers Insurance**<br>**One Tower Square**<br>**Hartford, CT 06183** | - | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Travelers Insurance**<br>**Remittance Center**<br>**Hartford, CT 06183-1008** | | | Representing:<br>Travelers Insurance | | | | **Notice Only** |
| Account No. | | | Breach of commercial equipment lease. Debtor personally guaranteed this obligation. Related to, may be the same as creditor Bank of the West. | | | | |
| **Creditor #: 165**<br>**Trinty, a division of**<br>**Bank of the West**<br>**475 Sansome Street**<br>**San Francisco, CA 94111** | - | | | | | | |
| | | | | | | | **112,346.00** |
| Account No. | | | | | | | |
| **Scott D. Chait, Esq.**<br>**Peretore & Peretore, PC**<br>**191 Woodport Road**<br>**Sparta, NJ 07871** | | | Representing:<br>Trinty, a division of | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Mr. Donald Lee**<br>**Bank of the West**<br>**475 Sansome Street**<br>**San Francisco, CA 94111** | | | Representing:<br>Trinty, a division of | | | | **Notice Only** |

Sheet no. __45__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**112,346.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re  **John G. Hazlitt**                              ,  Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Peretore & Peretore PC** 110 Park St. Staten Island, NY 10306 | | | Representing: **Trinty, a division of** | | | | **Notice Only** |
| Account No. **Creditor #: 166** Richard J. Turek 517 East 73 St. New York, NY 10021 | - | | Former business associate. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |
| Account No. **Richard J. Turek** 221 Bardonia Rd. Nanuet, NY 10954 | | | Representing: **Richard J. Turek** | | | | **Notice Only** |
| Account No. **Richard J. Turek** 1143 First Ave., 2B New York, NY 10021 | | | Representing: **Richard J. Turek** | | | | **Notice Only** |
| Account No. **Creditor #: 167** Richard S. Turek 1143 First Ave., 2B New York, NY 10021 | - | | Former business associate. Creditor is scheduled to terminate any potential liability. | X | X | X | **Unknown** |

Sheet no. __46__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re   **John G. Hazlitt**                                                            , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W  J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 168**<br>**Tyco Integrated Security**<br>**10405 Crosspoint Blvd.**<br>**Indianapolis, IN 46256** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No. 1113640601<br>**Creditor #: 169**<br>**United HealthCare**<br>**48 Monroe Turnpike**<br>**Trumbull, CT 06611** | - | | Medical insurance. | X | X | X | Unknown |
| Account No.<br>**Creditor #: 170**<br>**Verizon**<br>**500 Technology Dr.**<br>**Suite 30**<br>**Weldon Springs, MO 63304** | - | | 2003 - 2006<br>Utility.  Appears on credit report without balance due. | | | | Unknown |
| Account No.<br>**Creditor #: 171**<br>**Vincents Meat Market**<br>**2374 Arthur Ave.**<br>**Bronx, NY 10458** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |
| Account No.<br>**Creditor #: 172**<br>**Volkswagen of Brooklyn**<br>**100 Neptune Ave.**<br>**Brooklyn, NY 11235** | - | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest.  Creditor is scheduled to terminate any potential liability. | X | X | X | Unknown |

Sheet no. __47__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re   **John G. Hazlitt**                                   ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 173 | | | Former business associate. Creditor is scheduled to terminate any potential liability. | | | | |
| **Creditor #: 173**<br>**Paul Wanderstock**<br>**132 East 35 St,, Suite 3B**<br>**New York, NY 10016** | - | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. 174 | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | | |
| **Creditor #: 174**<br>**Wayne Mazda Hyundai**<br>**1244 Route 28 North**<br>**Wayne, NJ 07470** | - | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. 175 | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | | |
| **Creditor #: 175**<br>**Weldon Tire**<br>**358 Saw Mill River Rd.**<br>**Millwood, NY 10546** | - | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. 176 | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | | |
| **Creditor #: 176**<br>**Westchester Toyota**<br>**75 Vredenburgh Ave.**<br>**Yonkers, NY 10704** | - | | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. 177 | | | Creditor was a vendor to a corporate entity that debtor was associated with and/or had an equity interest. Creditor is scheduled to terminate any potential liability. | | | | |
| **Creditor #: 177**<br>**Wheel Fix It**<br>**55 St. Mary's Place**<br>**Freeport, NY 11520** | - | | | X | X | X | |
| | | | | | | | **Unknown** |

Sheet no. __48__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

LS-6117

In re    **John G. Hazlitt**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.    178 **Creditor #: 178** **World of Cars, Inc.** **725 Route 25A** **Rocky Point, NY 11778** | - | | | | Debtor had/has an equity interest in this entity. Creditor is scheduled to terminate any potential liability.  See, petition schedule A. | X | X | X | **Unknown** |
| Account No. **Paul Gribbin** **725 Route 25A** **Rocky Point, NY 11778** | | | | | Representing: World of Cars, Inc. | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __49__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **0.00** |
| Total (Report on Summary of Schedules) | | **1,918,347.00** |

B6G (Official Form 6G) (12/07)

LS-6117

In re    **John G. Hazlitt**                           ,      Case No. _____

                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

LS-6117

In re   **John G. Hazlitt**                            ,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Codebtors

**Fill in this information to identify your case:**

LS-6117

Debtor 1 **John G. Hazlitt**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form B 6I
## Schedule I: Your Income                                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**        Describe Employment

| 1. | **Fill in your employment information.** | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | Occupation | **Auto Repair Service** | |
| | | Employer's name | **GLB Towing & Collision Inc.** | |
| | Occupation may include student or homemaker, if it applies. | Employer's address | **375 East 163 St.<br>Bronx, NY 10451** | |
| | | How long employed there? | **Since September 2014.** | |

**Part 2:**        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **2,166.67** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **2,166.67** | $ **0.00** |

Debtor 1  **John G. Hazlitt**                                                        Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

**Copy line 4 here** ...................................................  4.  $ **2,166.67**   $ **0.00**

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **446.33** | $ **0.00** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **0.00** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **0.00** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **0.00** |
| 5e. | Insurance | 5e. | $ **0.00** | $ **0.00** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **0.00** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **0.00** |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.  $ **446.33**   $ **0.00**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.  $ **1,720.34**   $ **0.00**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.  $ **0.00**   $ **0.00**

8b. **Interest and dividends**   8b.  $ **0.00**   $ **0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ **0.00**   $ **0.00**

8d. **Unemployment compensation**   8d.  $ **0.00**   $ **0.00**

8e. **Social Security**   8e.  $ **0.00**   $ **0.00**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.  $ **0.00**   $ **0.00**

8g. **Pension or retirement income**   8g.  $ **0.00**   $ **0.00**

8h. **Other monthly income. Specify:** _____   8h.+  $ **0.00** +   $ **0.00**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.  $ **0.00**   $ **0.00**

10. **Calculate monthly income.** Add line 7 + line 9.   10.  $ **1,720.34** +  $ **0.00** =  $ **1,720.34**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.  $ **1,720.34**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   □ Yes. Explain: _____

LS-6117

**Fill in this information to identify your case:**

Debtor 1          **John G. Hazlitt**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

# Official Form B 6J

## Schedule J: Your Expenses                                          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ■ No

    Do not list Debtor 1 and       ☐ Yes. Fill out this information for
    Debtor 2.                        each dependent...........

    Do not state the dependents'
    names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include**       ■ No
    **expenses of people other than**  ☐ Yes
    **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|

4.  The rental or home ownership expenses for your residence. Include first mortgage payments    4. $              **400.00**
    and any rent for the ground or lot.

    If not included in line 4:

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ **0.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ **0.00** |

5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

Debtor 1    **John G. Hazlitt** _____    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 100.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 600.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 140.00 |
| 10. | **Personal care products and services** | | 10. $ | 150.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 25.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 1,715.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ | 1,720.34 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 1,715.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. $ | 5.34 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.

   ☐ Yes. Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Eastern District of New York

LS-6117

In re    **John G. Hazlitt**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **67** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **December  2, 2014**

Signature    **/s/ John G. Hazlitt**

**John G. Hazlitt**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court

LS-6117

### Eastern District of New York

In re   **John G. Hazlitt**

Debtor(s)

Case No.

Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$10,389.00** | **2012** |
| **$19,500.00** | **2013** |
| **$5,000.00** | **2014 [year to date], approximately.** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Second Avenue LLC v Debtor 901132/09** | **Landlord-Tenant** | **NYC Civil Court, Bronx County, Commercial Part Bronx, NY** | **pending** |
| **Prestigae Motorworks Inc. v Debtor 15456-2012** | **collection** | **NYC Civil Court, Bronx** | **pending** |
| **Empire Auto Parts v Debtor CV-018915-12** | **collection** | **NYC Civil Court, Bronx County Bronx, NY** | **pending** |
| **Trinity [Bank of the West] v Debtor 152635/2012** | **collection** | **Supreme Court, NY County** | **judgment** |
| **Rude, Murray v Debtor 001898831/2014** | | **Supreme Court/Queens** | **pending** |
| **Capital One Bank USA NA v Debtor 5985913/2013** | **collection** | **Supreme Court/Westchester** | **pending** |
| **Midland Funding LLC v Debtor 5621113/2013** | **collection** | **Supreme Court/Westchester** | **pending** |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)    3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Express Bank FSB v Debtor 5367312/2012** | **collection** | **Supreme Court/Westchester** | **pending** |
| **Related 96th Street Assoc LP v Debtor 2010K070046    404CV00010** | **L&T** | **NY Civil** | **judgment** |
| **Ervin Leasing Co. v Debtor 11-459 ck** | **commercail collection** | **Michigan State Court 22 Judicial Circuit** | **pending** |
| **Bronx Overall Economic Dev. Corp v Debtor 22288/2012E** | **collection** | **Supreme Court / Bronx** | **pending** |
| **JP Morgan Chase v Debtor 68523/2012** | **collection** | **Supreme Court / Westchester** | **pending** |
| **Caponigro Construction Co. Inc. v Debtor 1013 CV 2367** | **collection** | **Massachusetts District Court [state]** | **pending** |
| **New Crem Flora, Inc. v Debtor 054592/2010** | **collection** | **Civil Court NYC/New York County** | **pending** |

None
■
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                                          4

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lance Roger Spodek, PC**<br>**3 Columbus Circle, 15 floor**<br>**New York, NY 10019** | **2014** | **3,000 + filing fee**<br><br>**NOTE: Debtor in 2012 consulted with Mr. Spodek regarding a possible business entity Chapter 11, matter reviewed, not filed, fee paid $2,500.** |

**10. Other transfers**

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **TD Bank**<br>**77 St. and Second Avenue**<br>**New York, NY** | **debtor.** | **legal papers.** | |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **508 Scarborough Rd.**<br>**Briarcliff Manor, NY 10510** | **John G. Hazlitt** | **2011 - 2013** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)                                                                                         6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
     liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if
     known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
     Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
     docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
     partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
     immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity
     securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **1710 Restaurant Corp.** | 27-0605036 | **1710 Second Ave. New York, NY 10128** | **Restaurant** | **2009 - business assets sold in Oct. 2013,** |
| **Asylum Ink, Inc** | 26-0885689 | | **Tattoo** | **2007** |
| **Asylum Studio of Daytona, LLC.** | 22-3952097 | | **Tattoo** | **2007 - 2009** |

B7 (Official Form 7) (04/13)

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Asylum Studios of NY, Ltd.** | 33-1066662 | **27 Corbett Dr. East Quogue, NY 11942** | **Tattoo** | **2003 - inactive, for some time, years.** |
| **Asylum Studios, Inc.** | 13-4085620 | | **Tattoo** | **1999 - inactive, for some time, years.** |
| **Broadway Collision & Towing, Inc.** | 13-4124864 | **517 East 73 St. New York, NY 10021** | **towing** | **2000 - may be on-going, unknown.** |
| **DNA Automotive Corp.** | 13-3854314 | **517 East 73 St. New York, NY 10021** | **automotive repair** | **1995 - may be on-going, unknown.** |
| **G & H Consulting, Inc.** | | **517 East 73 St. New York, NY 10021** | **Management for entity DNA Automotive.** | **1999 - may be on-going, unknown.** |
| **Harvey's Classic Pizza, Inc.** | | **1118 Hansberry Ct. Ormond Beach, FL 32174** | **Pizza** | **2008 - 2009** |
| **J & A Business Services, Inc.** | 73-1688763 | **27 Corbett Dr. East Quogue, NY 11942** | **Payroll preparation and processing for a related entity.** | **2003 - 2005** |
| **JDJ Elite Motors, Inc.** | 11-3334880 | **514 East 73 St. New York, NY 10021** | **automotive** | **1996 - may be on-going, unknown.** |
| **JHMT Industries, Inc.** | 41-2257575 | | **computer software design.** | **2007 - never conducted business.** |
| **Major Coin, Inc.** | 26-2719055 | **175 East 96 St. New York, NY 10128** | **Clothing sales.** | **2008 - 2010** |
| **Marmin Collision North, Inc.** | 27-4297248 | **150 Bruckner Blvd. Bronx, NY 10454** | **automotive repair** | **2010 - closed operations May 2013.** |
| **Murray Rude Services, Inc.** | 11-2318075 | **606 Port Washington Blvd. Port Washington, NY 11050** | **Towing.** | **1973 - 2005** |
| **Precision Management & Consulting, Inc.** | 11-3559435 | **45 Island St. Plainview, NY 11803** | **Payroll preparation and processing for a related entity.** | **2000 - dissolution 2004** |
| **Titan Management, Corp.** | 14-1856241 | **725 Route 25A Rocky Point, NY 11778** | **Payroll preparation and processing for a related entity.** | **2002 - may be on-going, unknown.** |
| **World of Cars, Inc.** | 22-3888829 | **725 Route 25A Rocky Point, NY 11778** | **Automotive repair.** | **2002 - may be on-going, unknown.** |
| **Advanced Tow and Recovery Inc.** | 13-3591758 | **517 East 73 St. New York, NY** | **automobile towing service** | **1990 - 2005** |

None     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐   supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **James B. Cavole, CPA**<br>**666 Merrick Rd.**<br>**Baldwin, NY 11510** | **Accounting services for corporate**<br>**entities.** |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
☐   books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **see above.** | | |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐   of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **see above.** | |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■   issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■   controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                    10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  __**December  2, 2014**__                Signature   __**/s/ John G. Hazlitt**__

                                                            **John G. Hazlitt**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court

**Eastern District of New York**

LS-6117

In re   **John G. Hazlitt**                                              Case No.

                                                 Debtor(s)         Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

B8 (Form 8) (12/08)                                                                                                    Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **December  2, 2014**                              Signature  **/s/ John G. Hazlitt**

                                                                                                **John G. Hazlitt**
                                                                                                Debtor

# United States Bankruptcy Court

LS-6117

### Eastern District of New York

In re    **John G. Hazlitt**
_____    Case No.    _____
                                    Debtor(s)    Chapter    **7**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

☐ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☐ Debtor    ☐ Other (specify):

4.    ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December  2, 2014**
_____    **/s/ Lance Roger Spodek**
                                   _____
                                   **Lance Roger Spodek**
                                   **Lance Roger Spodek, P.C.**
                                   **3 Columbus Circle, 15 floor**
                                   **New York, NY 10019**
                                   **212-586-8606  Fax: 347-748-9679**
                                   **Lance@SpodekLaw.com**

---

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court

LS-6117

### Eastern District of New York

In re  **John G. Hazlitt**　　　　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter　　**7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **John G. Hazlitt** | X | **/s/ John G. Hazlitt** | **December  2, 2014** |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known) | X | | |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　Best Case Bankruptcy

**United States Bankruptcy Court**

LS-6117

**Eastern District of New York**

In re    **John G. Hazlitt**                   Case No.
                                Debtor(s)     Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **December  2, 2014**               **/s/ John G. Hazlitt**

                                          **John G. Hazlitt**
                                          Signature of Debtor

Date:    **December  2, 2014**               **/s/ Lance Roger Spodek**

                                          Signature of Attorney
                                          **Lance Roger Spodek**
                                          **Lance Roger Spodek, P.C.**
                                          **3 Columbus Circle, 15 floor**
                                          **New York, NY 10019**
                                          **212-586-8606  Fax: 347-748-9679**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

1-800 RADIATOR & AC
516  SOUTH 5 AVE.
MOUNT VERNON, NY 10550

150 BRUCKNER LLC
C/O BRADFORD SWETT MGMT
1536 THIRD AVE., 3 FLOOR
NEW YORK, NY 10028-2110

1710 RESTAURANT CORP.
1710 SECOND AVE.
NEW YORK, NY 10128

AARON AUTO SUPPLY CORP
136 PECONIC AVE.
MEDFORD, NY 11763

ABRO MGT. CORP.
734 W. BROADWAY
WOODMERE, NY 11598

ACE AUTO WRECKERS
1028 LONG ISLAND AVE.
DEER PARK, NY 11729

ACURA OF WESTCHESTER
2165 PALMER AVE.
LARCHMONT, NY 10538

ADVANCED TOW AND RECOVERY
517 EAST 73 ST.
NEW YORK, NY 10021

ALBERT KEMPERLE INC.
1453 N. CLINTON AVE.
BAY SHORE, NY 11706

AMERICAN EXPRESS
ATTN: LEGAL DEPT.
200 VESEY ST.
MAIL CODE 01-43-03
NEW YORK, NY 10285

ARROW LINEN SUPPLY CO.
PO BOX 159012
BROOKLYN, NY 11215-9012


ARS NATIONAL SERVICES
PO BOX 463023
ESCONDIDO, CA 92046-3023


ASYLUM INK, INC.
C/O JAMES B. ~CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


ASYLUM STUDIO OF DAYTONA
C/O JAMES B. ~CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


ASYLUM STUDIO OF NY, INC.
C/O JAMES B. ~CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


ASYLUM STUDIO, INC.
C/O JAMES B. ~CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


AUTORAMA ENTERPRISES INC.
2480 BUTLER PL.
BRONX, NY 10461


B'WAY COLLISION & TOWING
C/O JAMES B. ~CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


B'WAY TOWING & RECOVERY
517 EAST 73 ST.
NEW YORK, NY 10021


BANANA REPUBLIC
PO BOX 530942
ATLANTA, GA 30353-0942

BANK OF AMERICA
PO BOX 982235
EL PASO, TX 79998


BANK OF AMERICA NA
PO BOX 982235
EL PASO, TX 79998


BANK OF THE WEST
475 SANSOME ST.
SAN FRANCISCO, CA 94111


BAY RIDGE NISSAN INC.
740 SOUTHERN BLVD.
BROOKLYN, NY 11220


BB PAINT DISTRIBUTORS
740 SOUTHERN BLVD.
BRONX, NY 10455


BECK CHEVROLET CO. INC.
561 CENTRAL PARK AVE.
YONKERS, NY 10704


BEST BUY
PO BOX 15521
WILMINGTON, DE 19850-5521


BGL CREDIT LTD
PO BOX 228
WOODMERE, NY 11598


BLOOMINGDALE'S
9111 DUKE BOULEVARD
MASON, OH 45040


BMW OF MANHATTAN INC.
67 WALL ST.
NEW YORK, NY 10005


BMW OF WESTCHESTER
525 TARRYTOWN RD.
WHITE PLAINS, NY 10607

BQ WIDE AUTO PARTS SUPPLY
109-35 178 ST.
HOLLIS, NY 11423


BRADFORD N. SWETT MGT.
1536 THIRD AVE., 3 FLOOR
NEW YORK, NY 10028


BREIER, DEUTSCHMEISTER
21 WEST 38 ST.
8 FLOOR
NEW YORK, NY 10018


BROADFEET MOTORSPORTS
7225 QUEENS BLVD.
WOODSIDE, NY 11377


BRONX MAVEN CORP.
1732 WEBSTER AVE.
BRONX, NY 10457


BRONX OVERALL DEV. CORP.
C/O UNDERWEISER
ONE WATER ST., 3 FLOOR
WHITE PLAINS, NY 10601


BUONAMICI, LARAUS
222 BLOOMINGDALE RD.
SUITE 301
WHITE PLAINS, NY 10605


CAPITAL ONE
PO BOX 85015
RICHMOND, VA 23285


CAPITAL ONE
PO BOX 85520
RICHMOND, VA 23285


CAPITAL ONE
ATTN: BANKRUPTCY DEPT.
PO BOX 5155
NORCROSS, GA 30091

CAPONIGRO CONST. CO.
159 BURRILL ST.
SWAMPSCOTT, MA 01907


CARINO ON SECOND, INC.
1710 SECOND AVE.
NEW YORK, NY 10128


JAMES B. CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


CCC INFORMATION SERVICES
222 MERCH. MART, # 900
CHICAGO, IL 60654-1005


CENTERLINE SPRAY BOOTHS
195 C SUNRISE HIGHWAY
AMITYVILLE, NY 11701


CENTRAL AVE. CHRYSLER
1839 CENTRAL PARK AVE.
YONKERS, NY 10710


MARCO CERITELLI
17 RICHARD PLACE
EASTCHESTER, NY 10709


CERTIFIED AUTO PARTS
2250 LIGHT ST.
BRONX, NY 10466


SCOTT D. CHAIT, ESQ.
PERETORE & PERETORE, PC
191 WOODPORT ROAD
SPARTA, NJ 07871


CHASE
50 S. MAIN ST., 9 FLOOR
AKRON, OH 44308


CITI CARDS
PO BOX 6241
SIOUX FALLS, SD 57117

CITIBANK
PO BOX 6500
SIOUX FALLS, SD 57117


CITIBANK
PO BOX 6004
SIOUX FALLS, SD 57117-6004


CITIBANK/CCSI
BANKRUPTCY DEPT.
PO BOX 20487
KANSAS CITY, MO 64195-9904


GREGORY CLARK
112 PINESAGE DR.
WEST END, NC 27376


CLASSIC AUDI
655 N. MAC QUESTEN PKWY
MOUNT VERNON, NY 10552


CNA INSURANCE
PO BOX 382033
PITTSBURGH, PA 15250-8033


COHEN & SLAMOWITZ LLP
199 CROSSWAYS PARK DR.
WOODBURY, NY 11797


COHEN & SLAMOWITZ, LLP
PO BOX 9004
WOODBURY, NY 11797-9004


COMMERCE BANK
PO BOX 5487
MOUNT LAUREL, NJ 08054-5487


COMMERCE BANK, N.A.
1701 ROUTE 70 EAST
CHERRY HILL, NJ 08034


NICHOLAS COSMO
30-40 BAILTING PLACE RD.
FARMINGDALE, NY 11735

CREDIT COLL. SERVICES
TWO WELLS AVE.
NEWTON CENTER, MA 02459


CROSSCHECK INC.
1440 N. MCDOWELL BLVD.
PETALUMA, CA 94954


CROSSCHECK, INC.
PO BOX 6008
PETALUMA, CA 94955-6008


CYRULI SHANKS HART ZIZMOR
420 LEXINGTON AVE.
NEW YORK, NY 10170


DELL FINANCIAL SERVICES
PO BOX 80409
AUSTIN, TX 78708-0409


DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
PO BOX 6403
CAROL STREAM, IL 60197-6403


DENT EXPRESS
112 PINESAGE DR.
WEST END, NC 27376


DNA AUTOMOTIVE CORP.
517 EAST 73 ST.
NEW YORK, NY 10021


EAST COAST RECYCLING
290 CRUM ELBOW RD.
HYDE PARK, NY 12538


ELITE RIM REPAIR LLC
30 WEST AMES COURT
PLAINVIEW, NY 11803


ELRAC LLC
1550 ROUTE 23
WAYNE, NJ 07470-7516

EMPIRE AUTO PARTS
15 JACKSON ROAD
TOTOWA, NJ 07512


EQUIFAX
PO BOX 740241
ATLANTA, GA 30374


ERVIN LEASING COMPANY
3893 RESEARCH PARK DR.
ANN ARBOR, MI 48108


EXPERIAN
955 AMERICAN LANE
SCHAUMBURG, IL 60173


FAROPIAN SPIRITS LTD.
98 KEAN ST.
WEST BABYLON, NY 11704


FIA CARD SERVICES
PO BOX 15019
WILMINGTON, DE 19886-5019


FIAT OF MANHATTAN
711  11 AVE.
NEW YORK, NY 10019


FINISH MASTER AUTO PAINT
700 GIARFIED AVE.
JERSEY CITY, NJ 07305


FLUSHING AUTO SALVAGE
126-36  34 AVE.
CORONA, NY 11368


FOX & LEFKOWITS ESQS.
666 OLD COUNTRY RD
GARDEN CITY, NY 11530


G&H CONSULTING, INC.
517 EAST 73 ST.
NEW YORK, NY 10021

GARY S. GARTENBERG
400 EAST 84 ST.
NEW YORK, NY 10028


GARY S. GARTENBERG
517 EAST 73 ST.
NEW YORK, NY 10021


GARY GARTENBERG
517 EAST 73 ST.
NEW YORK, NY 10021


GC SERVICES
LIMITED PARTNERSHIP
PO BOX 47500
JACKSONVILLE, FL 32247


GC SERVICES
PO BOX 46960
SAINT LOUIS, MO 63146


GLEN COVE AUTO SALVAGE
232 GLEN COVE AVE.
GLEN COVE, NY 11542


GOTTLIEB OSTRAGER ESQS.
45 KNOLLWOOD RD.
SUITE 201
ELMSFORD, NY 10523


PAUL GRIBBIN
725 ROUTE 25A
ROCKY POINT, NY 11778


HANSEL TIRE
1732 WEBSTER AVE.
BRONX, NY 10457


HARVEY LUCKMAN
750 KAPPOCK ST.
BRONX, NY 10463

```
HAUG REALTY
504 EAST 74 ST.
SUITE 400
NEW YORK, NY 10021


ARTHUR V. HAZLITT
35 PLYMOUTH RD.
MANHASSET, NY 11030


JACKIE HAZLITT
4325 DOUGLASTON PKWY
LITTLE NECK, NY 11363


HEITNER & BREITSTEIN
26 COURT ST.
BROOKLYN, NY 11242


HILLTOP AUTO SALVAGE INC.
4157 BOSTON RD.
BRONX, NY 10466


PAUL HOOTEN, ESQ.
5505 NESCONSET HIGHWAY
SUITE 203
MOUNT SINAI, NY 11766


HSBC BANK, USA
LEGAL DEPT.
ONE HSBC CENTER - 9 FL.
BUFFALO, NY 14203


HUNTS POINT SVC STATION
565 HUNTS POINT AVE.
BRONX, NY 10474


IRS-SPECIAL PRO SDNY
SDNY-BANKRUPTCY SECTION
290 BROAWAY
NEW YORK, NY 10007


ISABELLA CITY CARTING
1564 HAIGHT AVE.
BRONX, NY 10461
```

J & A BUSINESS SERVICES
C/O JAMES B. ~CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


J & V AUTO INC.
519 EAST 83 ST.
BROOKLYN, NY 11236


JDJ ELITE MOTORS, INC.
C/O JAMES B. ~CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


JEFF LAYTON
243 EAST 94 ST.
NEW YORK, NY 10128


JHMT INDUSTRIES, INC.
C/O JAMES B. ~CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


JOE'S FISH MARKET
60-94  67 AVE.
RIDGEWOOD, NY 11385


JOHN J.CURLEY, LLC
HARBORSIDE FINANCIAL CTR
1202 PLAZA TEN
JERSEY CITY, NJ 07311


JP MORGAN CHASE BANK NA
PO BOX 15298
WILMINGTON, DE 19850


JPMORGAN CHASE
LEGAL DEPARTMENT
1985 MARCUS AVE.
NEW HYDE PARK, NY 11042-1081


KENT AUTOMOTIVE
1666 EAST TOUHY AVE.
DES PLAINES, IL 60018

```
KEYSTONE
55 SHEPARDS LA.
TOTOWA, NJ 07512


KINGS AUTOMOTIVE GROUP
2875 CONEY ISLAND AVE.
BROOKLYN, NY 11235


KINGS INFINITY INC.
2875 CONEY ISLAND AVE.
BROOKLYN, NY 11225


KOEPPEL
PO BOX 770308
32-50  57 ST.
WOODSIDE, NY 11377


KSI TRADING CORP.
109-35  178 ST.
HOLLIS, NY 11423


JEFFREY LAYTON
18 SOUTHERN LANE
MANHASSET, NY 11030-1551


JEFFREY LAYTON
18 SOUTHERN LANE
WARWICK, NY 10990


MR. DONALD LEE
BANK OF THE WEST
475 SANSOME STREET
SAN FRANCISCO, CA 94111


LEXUS OF MT. KISCO
275 KISCO AVENUE
PO BOX 6008
MOUNT KISCO, NY 10549


LIBERTY CHEVROLET INC.
DBA BRONX HONDA
1133 ZEREGA AVE.
BRONX, NY 10461
```

LIFE QUALITY BMW
9326 FOURTH AVE.
BROOKLYN, NY 11209


LIVERPOOL CARTING
5 BRUCKNER BLVD.
BRONX, NY 10454


LKQ HUNTS POINT
1480 SHERIDAN EXPRESSWAY
BRONX, NY 10459


LONG ISLAND CITY HYUNDAI
LONG ISLAND CITY MITSUBISHI
34-54  44 ST.
LONG ISLAND CITY, NY 11101


HARVEY LUCKMAN
517 EAST 73 ST.
NEW YORK, NY 10021


RANDY LUCKMAN
517 EAST 73 ST.
NEW YORK, NY 10021


RANDY LUCKMAN
750 KAPPOCK ST.
BRONX, NY 10463


LUXURY CARS WESTCHESTER
275 KISCO AVE.
MOUNT KISCO, NY 10549


LVNV FUNDING LLC
PO BOX 10497
GREENVILLE, SC 29603


MAIDENBAUM & ASSOCIATES
ONE BROADCAST PLAZA
SUITE 218
MERRICK, NY 11566

MAJOR COIN, INC.
C/O JAMES B. ~CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


MANHATTAN AUTOMOBILE CO.
787 11 AVE.
NEW YORK, NY 10019


MARIO C. CAPANO, ESQ.
CAPANO & DEJOIE
101 N. COMMON ST.
LYNN, MA 01902


MARK R. DAANE, ESQ.
HOOPER, HATHAWAY PC
126 SOUTH MAIN ST.
ANN ARBOR, MI 48104


RICHARD MARKS
18-15 215 ST.
BAYSIDE, NY 11360


MARMIN COLLISION NORTH
150 BRUCKNER BLVD.
BRONX, NY 10454


WAYNE MAZDA
1244 ROUTE 23 N
WAYNE, NJ 07470


MCCOY TOPS & INTERIORS
69-14 49 AVE.
WOODSIDE, NY 11377


MERCEDES-BENZ MANHATTAN
770 11 AVE.
NEW YORK, NY 10019


METROPOLIS GROUP INC.
22 COURTLAND ST. 10 FLOOR
NEW YORK, NY 10007

MID ISLAND AUTO WRECKERS
1013 LONG ISLAND AVE.
DEER PARK, NY 11729


MIDLAND FUNDING
8875 AERO DR.
SUITE 200
SAN DIEGO, CA 92123


MITCHELL INTERNATIONAL
6220 GREENWICH DR.
SAN DIEGO, CA 92122


JAMES P. MURPHY, DDS
44 EAST 67 ST.
NEW YORK, NY 10065


MURRAY RUDE SVCS, INC.
63-09 108 ST.
APT. 6L
FOREST HILLS, NY 11375-1320


NCO FINANCIAL SYSTEMS
507 PRUDENTIAL ROAD
HORSHAM, PA 19044


NCS PLUS INC.
117 EAST 24 ST.
5 FLOOR
NEW YORK, NY 10010


NEW CREM FLORA, INC.
5437 S.W. 1 LANE
OCALA, FL 34474


NORTHERN LEASING SYSTEM
PO BOX 1027
SIOUX FALLS, SD 57101-1027


NORTHSIDE IMPORTS INC.
835 NEW DURHAM RD.
EDISON, NJ 08817

NUDELMAN, KLEMM & GOLUB
425 EAGLE ROCK AVE., SUITE 403
ROSELAND, NJ 07068


NY PRESBYTERIAN
525 EAST 68 ST.
NEW YORK, NY 10065


NYS DEPT TAX & FINANCE
BANKRUPCY SECTION
PO BOX 9300
ALBANY, NY 12205-0300


NYU LANGONE MEDICAL CENTER
PO BOX 415662
BOSTON, MA 02241


NYU LANGONE MEDICAL CTR
240 EAST 18 ST.
NEW YORK, NY 10003-3605


ORCHARD BANK
BANKCARD SERVICES
PO BOX 17051
BALTIMORE, MD 21297-1051


P.D.Q. SUPPLY CO.
13 HICKS ST.
LINDENHURST, NY 11757


PALISADES VOLVO
55 ROUTE 303
WEST NYACK, NY 10994


PARTS ARE US
1937 FLUSHING AVE.
RIDGEWOOD, NY 11385


PARTS CHANNEL INC.
1745 BATHGATE AVE.
BRONX, NY 10457


PAUL GRIBBIN
725 ROUTE 25A
ROCKY POINT, NY 11778

PERETORE & PERETORE PC
110 PARK ST.
STATEN ISLAND, NY 10306


PHOENIX FOREIGN & AM.
7 MCADAM ST.
BAY SHORE, NY 11706


PORTFOLIO RECOVERY ASSOC.
120 CORPORATE BLVD.
SUITE 1
NORFOLK, VA 23502


POTAMKIN HYUNDAI
POTAMKIN MITSUBISHI
2495  SECOND AVE.
NEW YORK, NY 10035


DANNY POWERS
2480 BUTLER PL.
BRONX, NY 10461


PRECISION MGT & CONSULT.
C/O JAMES B. ~CAVOLE CPA
666 MERRICK RD.
BALDWIN, NY 11510


PRESTIGE BMW
985 STATE RT 17
RAMSEY, NJ 07446


PRESTIGE MOTOR WERKS INC.
985 ROUTE 17 SOUTH
RAMSEY, NJ 07466


PRESTIGE MOTOR WORKS INC.
985 ROUTE 17 SOUTH
RAMSEY, NJ 07466


PROFESSIONAL RECOVERY SYSTEMS
600 17 STREET
SUITE 2705-S
DENVER, CO 80202

PROGRESSIVE INSURANCE
SUBROGATION PROC. CENTER
24344 NETWORK PLACE
CHICAGO, IL 60673-1234


PROGRESSIVE INSURANCE CO.
PO BOX 55156
BOSTON, MA 02205-5156


QUALITY USED AUTO PARTS
7 MCADAM ST
BAY SHORE, NY 11706


RANDALL PAINT & SUPPLIES
1290 RANDALL AVE.
BRONX, NY 10474


RELATED 96 ST. ASSOC.
423 WEST 55 ST., 9 FLOOR
NEW YORK, NY 10019


RELATED MGMT CO. LP
60 COLUMBUS CIRCLE
NEW YORK, NY 10023


GINO L. ROSELLI
SNAP ON TOOLS
16 OLD INDIAN HEAD RD.
COMMACK, NY 11725


MURRAY RUDE
63-09 108 ST.
APT. 6L
FOREST HILLS, NY 11375-1320


SAMBUCCI BROS. OF LI
ONE SOUTH DENTON AVE.
GARDEN CITY PARK, NY 11040


SAW MILL AUTO WRECKERS
12 WORTH ST.
YONKERS, NY 10701

SCOTT D. CHAIT, ESQ.
PERETORE & PERETORE
191 WOODPORT RD.
SPARTA, NJ 07871


SECOND AVENUE LLC
1536 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10028


SECOND AVENUE REALTY LLC
734 W. BROADWAY
WOODMERE, NY 11598


SECURITY DODGE CHRYSLER
16 SPRAGUE AVE.
AMITYVILLE, NY 11701


RUSSELL SHANKS, ESQ.
CYRULI SHANKS HART ZIZMOR
420 LEXINGTON AVE.
NEW YORK, NY 10170


SIGN EXPO TRIBECA
127 WEST 26 ST.
NEW YORK, NY 10001


SILVER STAR MOTORS
36-11 NORTHERN BLVD.
LONG ISLAND CITY, NY 11101


SINGLE SOURCE
601 W. CROSSVILLE RD.
ROSWELL, GA 30075


SINGLE SOURSE
601 W. CROSSVILLE RD.
ROSWELL, GA 30075


SMITH CAIRNS FORD MAZDA
900 CENTRAL PARK AVE.
YONKERS, NY 10704

CASSIUS SMITH
175 EAST 96 ST.
NEW YORK, NY 10128-6200


GOORDAT SOMDAT
517 EAST 73 ST.
NEW YORK, NY 10021


SPECTROTEL
PO BOX 339
NEPTUNE, NJ 07754


SPRINT
PO BOX 8077
LONDON, KY 40742


SPRINT
CUSTOMER SERVICE
PO BOX 152046
IRVING, TX 75015


ST. ANN'S AUTO CORP.
2195 NEW ENGLAND THRUWAY
BRONX, NY 10475


ST. FRANCIS HOSPITAL
100 PORT WASHINGTON BLVD.
ROSLYN, NY 11576-1348


ST. FRANCIS HOSPITAL
PO BOX 114031
OAKS, PA 19456


T-MOBILE
PO BOX 790047
SAINT LOUIS, MO 63179-0047


T-MOBILE
12920 SE 38 ST.
BELLEVUE, WA 98006


T-MOBILE, BANKRUPTCY
PO BOX 37380
ALBUQUERQUE, NM 87176

```
TD BANK
70 GARY RD.
FALMOUTH, ME 04105


TD BANK
ROUTE 70
MARLTON, NJ 08053


TD BANK
PO BOX 5094
MOUNT LAUREL, NJ 08054


DR. NIRMAL TEJWANI
240 EAST 18 ST.
NEW YORK, NY 10003


TELE-DYNAMICS LLC
C/O PAUL HOOTEN, ESQ.
5505 NESCONSET HIGHWAY
MOUNT SINAI, NY 11766


TENAFLY AUTOMALL
95 COUNTY RD.
TENAFLY, NJ 07670


TERRANOVA BAKERY
691 EAST 187 ST.
BRONX, NY 10458


MICA TISCH
232 EAST 84 ST.
NEW YORK, NY 10028


TITAN MANAGEMENT, CORP.
725 ROUTE 25A
ROCKY POINT, NY 11778


TRANSUNION
PO BOX 2000
CRUM LYNNE, PA 19022


TRANSUNION
PO BOX 2000
CHESTER, PA 19022
```

```
TRAVELERS INSURANCE
ONE TOWER SQUARE
HARTFORD, CT 06183


TRAVELERS INSURANCE
REMITTANCE CENTER
HARTFORD, CT 06183-1008


TRINTY, A DIVISION OF
BANK OF THE WEST
475 SANSOME STREET
SAN FRANCISCO, CA 94111


RICHARD J. TUREK
517 EAST 73 ST.
NEW YORK, NY 10021


RICHARD J. TUREK
221 BARDONIA RD.
NANUET, NY 10954


RICHARD J. TUREK
1143 FIRST AVE., 2B
NEW YORK, NY 10021


RICHARD S. TUREK
1143 FIRST AVE., 2B
NEW YORK, NY 10021


TYCO INTEGRATED SECURITY
10405 CROSSPOINT BLVD.
INDIANAPOLIS, IN 46256


UNITED HEALTHCARE
48 MONROE TURNPIKE
TRUMBULL, CT 06611


US DEPT. OF JUSTICE
PO BOX 55
BEN FRANKLIN STATION
WASHINGTON, DC 20044
```

VERIZON
500 TECHNOLOGY DR.
SUITE 30
WELDON SPRINGS, MO 63304


VINCENTS MEAT MARKET
2374 ARTHUR AVE.
BRONX, NY 10458


VOLKSWAGEN OF BROOKLYN
100 NEPTUNE AVE.
BROOKLYN, NY 11235


PAUL WANDERSTOCK
132 EAST 35 ST,, SUITE 3B
NEW YORK, NY 10016


WAYNE MAZDA HYUNDAI
1244 ROUTE 28 NORTH
WAYNE, NJ 07470


WELDON TIRE
358 SAW MILL RIVER RD.
MILLWOOD, NY 10546


WESTCHESTER TOYOTA
75 VREDENBURGH AVE.
YONKERS, NY 10704


WHEEL FIX IT
55 ST. MARY'S PLACE
FREEPORT, NY 11520


WIDE BODY AUTO PARTS SUPPLY
109-35 178 ST.
JAMAICA, NY 11433


WOLF HALDENSTEIN ADLER
270 MADISON AVE.
NEW YORK, NY 10016


WORLD OF CARS, INC.
725 ROUTE 25A
ROCKY POINT, NY 11778

B22A (Official Form 22A) (Chapter 7) (04/13)

In re __**John G. Hazlitt**_____
                    Debtor(s)

Case Number: _____
                    (If known)

LS-6117

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| | |
|---|---|
| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>            ☐ I remain on active duty /or/<br>            ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>          OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>            ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $  2,165.00 | $ |

| 4 | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $      0.00 | $ |
| b. | Ordinary and necessary business expenses | $      0.00 | $ |
| c. | Business income | Subtract Line b from Line a | $  0.00 $ |

| 5 | **Rent and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $      0.00 | $ |
| b. | Ordinary and necessary operating expenses | $      0.00 | $ |
| c. | Rent and other real property income | Subtract Line b from Line a | $  0.00 $ |

| 6 | **Interest, dividends, and royalties.** | $  0.00 | $ |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $  0.00 | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $  0.00 | $ |

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $      0.00   Spouse $ | $  0.00 | $ |
|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | | $ | $ |
| b. | | $ | $ |
| | Total and enter on Line 10 | | $  0.00 $ |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $  2,165.00 | $ |
|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | **2,165.00** |
|---|---|---|---|

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ | **25,980.00** |
|---|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence:      **NY**      b. Enter debtor's household size:      **1** | $ | **48,109.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>■ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | | |

### Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. _____    $_____<br>b. _____    $_____<br>c. _____    $_____<br>d. _____    $_____<br>Total and enter on Line 17 | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Persons under 65 years of age | | Persons 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person | |
| b1. | Number of persons | b2. | Number of persons | |
| c1. | Subtotal | c2. | Subtotal | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| | |
|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| | | |
|---|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| **22B** | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | |
|---|---|
| **23** | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | |
|---|---|
| **24** | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| **25** | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 19-32</b></td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|

| | a. | Health Insurance | $ | |
|---|---|---|---|---|
| | b. | Disability Insurance | $ | |
| | c. | Health Savings Account | $ | $ |

Total and enter on Line 34.

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:

$ _____

| 35 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
|---|---|---|
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |

| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
|---|---|---|
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |  |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. |  |  | $ | ☐yes ☐no |
|  |  |  | Total: Add Lines |  |

(Line 42 total): $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. |  |  | $ |
|  |  |  | Total: Add Lines |

(Line 43 total): $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |  |

|  |  |  |
|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

(Line 45 total): $

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
|---|---|---|
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,475***. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475*, but not more than $12,475*.** Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: __December 2, 2014__          Signature: __/s/ John G. Hazlitt__<br><br>                                                            **John G. Hazlitt**<br>                                                                 *(Debtor)* |
|---|---|

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

UNITED STATES BANKRUPTCY COURT                                    **LS-6117**
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X    Chapter    **7**
IN RE:    **John G. Hazlitt**

                                                      Case No.:

                              Debtor(s)               <u>STATEMENT PURSUANT TO LOCAL RULE 2017</u>
-------------------------------------------------X

I, **Lance Roger Spodek**, an attorney admitted to practice in this Court, state:

1.  That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.  That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **11-13-2013 4+ hours** | Initial interview, analysis of financial condition, etc. |
| **11-5-2014  2+ hours** | Preparation and review of Bankruptcy petition |

3.  That my firm will also represent the debtor(s) at the first meeting of creditors.

4.  That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.  That my usual rate of compensation of bankruptcy matters of this type is $ <u>   3,000.00   </u> .

Dated: **November  3, 2014**

                              **/s/ Lance Roger Spodek**
                              **Lance Roger Spodek**
                              Attorney for debtor(s)
                              **Lance Roger Spodek, P.C.**
                              **3 Columbus Circle, 15 floor**
                              **New York, NY 10019**

                              **212-586-8606 Fax:347-748-9679**
                              **Lance@SpodekLaw.com**