UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 7 |
| John G. Hazlitt a/k/a John Gerard Hazlitt, | Case No. 814-75429-A736 |
| Debtor. | <u>Order</u> |

-------------------------------------------------------------X

WHEREAS, Marc A. Pergament, Chapter 7 Trustee ("Trustee") of the Estate of John G. Hazlitt a/k/a John Gerard Hazlitt ("Debtor") having applied for an Order: (a) approving the Settlement Agreement between the Trustee and Paul Gribbin ("Gribbin"), individually and as officer and shareholder of Titan Management Corp. ("Titan") and World of Cars, Inc. ("World") (collectively Gribbin, Titan and World shall be referred to as "Purchaser") whereby Purchaser shall pay the sum of $130,000.00 to the Estate for the Debtor's interest in Titan, and World; (b) authorizing the Trustee to execute all documents necessary to effectuate the terms of the settlement; and (c) such other and further relief as this Court deems just and proper ("Motion"), and the Notice of Hearing having been served upon all creditors and parties in interest, and the Notice of Hearing, Affirmation in Support and proposed order having been served upon the Office of the United States Trustee, the Debtor, the Debtor's counsel, counsel for Paul Gribbin, Titan Management Corp. and World of Cars, Inc. and all parties who filed notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure,

WHEREAS, a hearing having been conducted before the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York on September 28, 2016 and

the Trustee appeared by Weinberg, Gross & Pergament LLP, and after due deliberation and consideration, and on the record before the Court, it is hereby

ORDERED, that the Trustee's Motion is granted, and it is further

ORDERED, that the Trustee is authorized to settle the claims against Paul Gribbin, Titan Management Corp. and World of Cars, Inc. under the terms set forth in the Stipulation of Settlement annexed as Exhibit "A" to the Trustee's Motion, and it is further

ORDERED, that the Trustee is authorized to execute all documents necessary to effectuate the terms of the Stipulation of Settlement annexed as Exhibit "A" to the Trustee's Motion.



Dated: Central Islip, New York
September 29, 2016

Robert E. Grossman
United States Bankruptcy Judge